UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTHUR LENARD AUSTIN,

    Petitioner,

v.

JOHN D. SNAZA,

    Respondent.

CASE NO. 3:22-cv-05568-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Honorable David W. Christel's Report and Recommendation ("R&R") recommending the Court dismiss Petitioner Arthur Lenard Austin's habeas petition following his failure to respond to Judge Christel's Order to Show Cause. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 1, is **DISMISSED without prejudice**;

(3) A certificate of appealability is **DENIED**;

ORDER - 1

(4)   The Clerk is directed to send copies of this Order to Petitioner, Petitioner's mother,[1] and to the Honorable David W. Christel; and

(5)   This case is closed.

Dated this 10th day of November, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

---

[1] The address for Petitioner's mother can be found at Dkt. 1 at 31.

ORDER - 2